# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos.    1D2022-3322
1D2022-3323
1D2022-3324
1D2022-3325

_____

MELISSA ELLEN SANTIAGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

February 7, 2024

PER CURIAM.

AFFIRMED. *See Tyson v. State*, 228 So. 3d 652, 655 (Fla. 1st DCA 2017); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023).

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.